UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIELSEN HOLDINGS PLC,<br><br>                          Plaintiff<br><br>             v.<br><br>COMSCORE, INC.<br><br>                          Defendant. | 17 Civ. 07235 (VSB)<br><br>**NOTICE OF MOTION.** |

### NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

      PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Plaintiff Nielsen Holding plc's Motion for a Preliminary Injunction, Declaration of Kelly Abcarian and Declaration of Eric Rubenstein and attached exhibits, that Nielsen, by its attorneys Paul, Weiss Rifkind, Wharton & Garrison LLP will move this Court, before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, on a date and at a time to be determined by the Court, at the United States Courthouse, 40 Foley Square, New York, New York, 10007, for an order granting Nielsen's motion for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

      The grounds for this motion are full set forth in the Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, filed concurrently herewith.

Dated: New York, New York
September 25, 2017

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ *Jacqueline P. Rubin*
    Aidan Synnott (asynnott@paulweiss.com)
    Jacqueline P. Rubin (jrubin@paulweiss.com)
    Erin J. Morgan (ejmorgan@paulweiss.com)

    1285 Avenue of the Americas
    New York, New York  10019-6064
    (212) 373-3000

*Attorney for Plaintiff Nielsen Holdings plc*